UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THE BOARD OF TRUSTEES,<br><br>　　　　　Plaintiffs,<br>　v.<br>CORE CONCRETE CONSTRUCTION, INC.,<br><br>　　　　　Defendant.<br>_____/ | No. C 11-02532 LB<br><br>**ORDER RESETTING HEARING ON MOTION FOR DEFAULT JUDGMENT AND INVITING PLAINTIFFS TO APPEAR BY TELEPHONE** |

This case is on this court's calendar on January 5, 2012 at 11:00 a.m. on Plaintiffs' motion for default judgment. Defendant has not appeared. The court **RESETS** the hearing to January 3, 2012 at 11:00 a.m. The court keeps the matter on calendar only in an abundance of caution but invites Plaintiffs' counsel to appear by telephone to minimize costs and any disruption to counsel's schedule. Plaintiffs shall serve this order on Defendant.

**IT IS SO ORDERED.**

Dated: December 21, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 11-02532 LB
ORDER RESETTING HEARING AND INVITING PLAINTIFFS TO APPEAR BY TELEPHONE