1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   THE BOARD OF TRUSTEES, IN THEIR
    CAPACITIES AS TRUSTEES OF THE
10  LABORERS HEALTH AND WELFARE              No.  C 11-02532 JSW
    TRUST FUND FOR NORTHERN
11  CALIFORNIA, et al.,                      **ORDER ADOPTING REPORT**
                                             **AND RECOMMENDATION**
12              Plaintiffs,

13      v.

14  CORE CONCRETE CONSTRUCTION, INC.,

15              Defendant.
                                                    /
16

17          This matter comes before the Court upon consideration of the Report and

18  Recommendation issued by Magistrate Judge Beeler, in which she recommends that the Court

19  grant Plaintiffs' motion for default judgment.  The Court has considered the Report, finds it

20  well-reasoned and thorough, and adopts it in every respect.

21          Accordingly, the Court GRANTS Plaintiffs' motion for default judgment.  The Court

22  HEREBY AWARDS Plaintiffs $19,201.21 in delinquent contributions, $6,915.81 in liquidated

23  damages and interest, $556.06 in costs, and $8,033.75 in fees.

24          It is FURTHER ORDERED that:

25          Defendant is ordered to submit to an audit by auditors selected by the Trust Funds at

26  Defendant's premises during business hours, or where the records are kept, at a reasonable time

27  or times, and to allow said auditors to examine and copy such books, records, papers, reports of

28  Core Concrete Construction, Inc., a California corporation, relating to the time period beginning

    November 1, 2009, to the present, that are relevant to the enforcement of the collective

**United States District Court**
For the Northern District of California

bargaining agreement or Trust Agreements, including but not limited to the following:
individual earning records (compensation); W-2 forms; 1096 and 1099 forms; reporting forms
for all Trust Funds; State DE-3 tax reports; workers compensation insurance report; employee
time cards; payroll journal; quarterly payroll tax returns (form 941); check register and
supporting cash voucher; Form 1120-1040 or partnership tax returns; general ledger - (portion
relating to payroll audit).

It is FURTHER ORDERED that the Court shall retain jurisdiction over this action for
the limited purpose of permitting Plaintiffs to file a second submission detailing any damages
sought from Defendant, excluding the amounts discussed above, for any additional
contributions that are revealed by the audit.  The Court reserves the right to refer any such
submission to Magistrate Judge Beeler for purposes of preparing a report and recommendation
on such a submission.

**IT IS SO ORDERED.**

Dated: February 6, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2